

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

December 14, 2018

**<u>VIA ECF</u>**
Honorable George B. Daniels
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

      Re: *Christopher Queros et al. v. Elizabeth DeVos*, 18 Civ. 9509 (GBD)

Dear Judge Daniels:

      I write on behalf of Elizabeth DeVos, Secretary of the United States Department of Education, the defendant in the above-referenced case. Plaintiffs served their complaint on this Office on October 19, 2018; accordingly, Defendant's response is due by December 18, 2018. *See* Fed. R. Civ. P. 12(a)(2). Because Defendant is still working to gather relevant information to respond to Plaintiffs' complaint, I write respectfully to seek an extension of that deadline to January 4, 2019. This is Defendant's first request for an extension. Plaintiffs consent to this request.

      We thank the Court for its consideration of this request.

                          Respectfully submitted,

                          GEOFFREY S. BERMAN
                          United States Attorney
                          Southern District of New York
                          *Counsel for Defendant*

By:    /s/ Rachael L. Doud
        RACHAEL L. DOUD
        Assistant United States Attorney
        86 Chambers Street, Third Floor
        New York, New York 10007
        Tel.: (212) 637-3274
        Fax: (212) 637-2686
        rachael.doud@usdoj.gov