U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

86 Chambers Street
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: DEC 17 2018

December 14, 2018

**VIA ECF**
Honorable George B. Daniels
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

**SO ORDERED:**

/s/ George B. Daniels
George B. Daniels, U.S.D.J.

Dated: DEC 17 2018

Re: *Christopher Queros et al. v. Elizabeth DeVos*, 18 Civ. 9509 (GBD)

Dear Judge Daniels:

    I write on behalf of Elizabeth DeVos, Secretary of the United States Department of Education, the defendant in the above-referenced case. Plaintiffs served their complaint on this Office on October 19, 2018; accordingly, Defendant's response is due by December 18, 2018. *See* Fed. R. Civ. P. 12(a)(2). Because Defendant is still working to gather relevant information to respond to Plaintiffs' complaint, I write respectfully to seek an extension of that deadline to January 4, 2019. This is Defendant's first request for an extension. Plaintiffs consent to this request.

    We thank the Court for its consideration of this request.

    Respectfully submitted,

    GEOFFREY S. BERMAN
    United States Attorney
    Southern District of New York
    *Counsel for Defendant*

By: /s/ Rachael L. Doud
    RACHAEL L. DOUD
    Assistant United States Attorney
    86 Chambers Street, Third Floor
    New York, New York 10007
    Tel.: (212) 637-3274
    Fax: (212) 637-2686
    rachael.doud@usdoj.gov