

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

January 29, 2019

**VIA ECF**
Honorable George B. Daniels
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

      Re: *Christopher Quero et al. v. Elisabeth DeVos*, 18 Civ. 9509 (GBD)

Dear Judge Daniels:

      I write on behalf of Elisabeth DeVos, Secretary of the United States Department of Education, the defendant in the above-referenced case. The initial pretrial conference in this case is currently scheduled for January 31, 2019, at 9:30 a.m. However, defendant has not yet responded to plaintiffs' complaint, and, in light of the standing order entered by Chief Judge McMahon on December 27, 2018 (Dkt. No. 17), its current deadline to do so is February 8, 2019. The parties believe that the conference will be more fruitful if held after defendant has responded to plaintiff's complaint. Accordingly, defendant respectfully requests that the conference be adjourned to a date after February 8, 2019. Plaintiffs consent to this request, but have indicated that they are not available on February 12 through 14 or 22 through 27, 2019. This is defendant's first request for an adjournment of the initial pretrial conference.

      We thank the Court for its consideration of this request.

      Respectfully submitted,

      GEOFFREY S. BERMAN
      United States Attorney
      Southern District of New York
      *Counsel for Defendant*

By:   /s/ Rachael L. Doud
      RACHAEL L. DOUD
      Assistant United States Attorney
      86 Chambers Street, Third Floor
      New York, New York 10007
      Tel.: (212) 637-3274
      Fax: (212) 637-2686
      rachael.doud@usdoj.gov