UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x

CHRISTOPHER QUERO, COURTNEY FRANCIS, and KELLIN RODRIGUEZ, individually and on behalf of all persons similarly situated,

               Plaintiffs,

  -v-

ELISABETH DEVOS, in her official capacity as Secretary of the United States Department of Education,

               Defendant.
------------------------------------------------------------ x

Case No. 18 Civ. 9509 (GBD)

**NOTICE OF MOTION**

PLEASE TAKE NOTICE that, upon the accompanying (i) Memorandum of Law in Support of Defendant's Motion to Dismiss the Complaint and (ii) Declaration of Christian Lee Odom, dated February 8, 2019, Defendant Elisabeth DeVos, Secretary of the United States Department of Education, by her attorney, Geoffrey S. Berman, United States Attorney for the Southern District of New York, hereby move this Court for an order dismissing the Complaint pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure.

Dated: February 8, 2019
New York, New York

<div style="margin-left:50%">
GEOFFREY S. BERMAN
United States Attorney for the
Southern District of New York
*Attorney for the Defendant*

By: /s/ Rachael L. Doud
RACHAEL L. DOUD
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
Tel.: (212) 637-3274
Fax: (212) 637-2786
E-mail: rachael.doud@usdoj.gov
</div>