| | |
|---|---|
| **From:** | donotreply@edfinancial.com |
| **Sent:** | Wednesday, March 06, 2019 4:20 PM |
| **To:** | Amelia Childers |
| **Subject:** | You Have a New Message to View from Edfinancial Services |

**Please log in to view your message.**



LOG IN

👤 Hi AMELIA J CHILDERS,

# Important Message Regarding Your Account

You have received a new message regarding your Edfinancial Services student loans. Log in to your Edfinancial Services account to view this message, recent statements, or other account information.

It is important to check your inbox regularly because these messages may be alerting you of action needed for any recent requests, repayment plan information, or other changes or updates to your account.

You can always access your messages and account details at Edfinancial.com.

18 CV 9509                                                    DOE 0001

**Just know that we're here for you when you need us.** If you have any questions, please contact us at Edfinancial.com/Contact or call us at 1.855.337.6884.

Sincerely,

Edfinancial Services

**LOG IN TO YOUR ACCOUNT**

**Questions?** Call us at **1.855.337.6884**

This email was sent by: **Edfinancial Services**
P.O. Box 36008, Knoxville, TN 37930-6008

18 CV 9509

DOE 0002



**Account Number:** XX-XXXX-%%ACCOUNT_XXXX%%

A new message has been placed in your FedLoan Servicing paperless inbox. To access this message, select "Go To Paperless Inbox" below and sign in. Or go to Account Access at [MyFedLoan.org](MyFedLoan.org) to view your paperless inbox.



To ensure you continue to receive your message notifications, please add us to your address book.

**Please do not reply directly to this message.** Instead, <u>Contact Us</u> with any questions.



You may have already requested to unsubscribe from emails not specifically related to your account, but you are receiving this email because it is an important message about your loans and/or grants.

FedLoan Servicing, P.O. Box 69184, Harrisburg, PA 17106-9184

**Follow Us!**

