# StudentLoans.gov

*Text Baseline*
*Release 13.0*
*January 20, 2014*

| Feb 14th 2013 | Updating text for changes made during usability testing that were received from FSA 2/7. | |
| --- | --- | --- |
| November 19th, 2013 | Sending to FSA for assessment of e-corr terms changes (CR 104907). | |
| January 20th, 2014 | Adding Customer Service Contact | p12 |

DOE 0032

## E-Sign

### My Preferences Page upon Initial Login (no navigation features)

START HERE
GO FURTHER
FEDERAL STUDENT AID

StudentLoans.gov

Logout

**My Preferences**

**Options**

**Language**

○ English
○ Spanish

The text on this Web site and in all of your correspondence will be in the language selected. All legal documents will be saved in the language in which you completed them.

**Correspondence**

○ I want to receive electronic correspondence
○ I do not want to receive electronic correspondence

If you choose to receive electronic correspondence, all correspondence notifications from this Web site will be delivered to your e-mail address and will provide instructions on how to retrieve the correspondence.

**E-mail Address**

E-mail

HOSEA@codtestmail1.com

Confirm E-mail

HOSEA@codtestmail1.com

All correspondence notifications will be delivered to the most recent e-mail address stored on our system.

Save and Continue

FOIA | Privacy | Security | Notices | Stay Connected: | WhiteHouse.gov | USA.gov | ED.gov

Last Modified September 24, 2012

**E-Sign**

| My Preferences | Mis Preferencias |
|---|---|
| **Logout** | **Salir** |
| **Options** | **Opciones** |
| **Language**<br>• English<br>• Spanish<br><br>The text on this Web site and in all of your correspondence will be in the language selected. All legal documents will be saved in the language in which you completed them. | **Idioma**<br>• Inglés<br>• Español<br><br>El texto de este sitio web y en toda su correspondencia será en el idioma seleccionado. Todos los documentos legales se guardarán en el idioma en que usted los completó. |
| **Correspondence**<br>• I want to receive electronic correspondence from the U. S. Department of Education and my federal loan servicer(s).<br>  ○ I agree to the Terms and Conditions<br>• I do not want to receive electronic correspondence from the Department of Education and my federal loan servicer(s).<br><br>If you choose to receive electronic correspondence, all correspondence notifications from this Web site will be delivered to your e-mail address and will provide instructions on how to retrieve the correspondence.<br><br>More Information | **Correspondencia**<br>• Quiero recibir correspondencia electrónica del Departamento de Educación de EE. UU.  y mi(s) entidad(es) federal(es) administradora(s) de préstamo.<br>  ○ Estoy de acuerdo con los términos y condiciones<br>• No quiero recibir correspondencia electrónica del Departamento de Educación de EE. UU.  y mi(s) entidad(es) federal(es) administradora(s) de préstamo.<br><br>Si usted elige recibir correspondencia electrónica, todas las notificaciones de correspondencia de este sitio web serán entregadas a su dirección de correo electrónico y le proporcionarán instrucciones sobre cómo recuperar la correspondencia.<br><br>Más información |
| **E-mail Address** | **Dirección de correo electrónico** |
| E-mail | Correo electrónico |
| All correspondence notifications will be delivered to the most recent e-mail address stored on our system. | Todas las notificaciones de correspondencias se entregarán a la dirección de correo electrónico más reciente almacenada en nuestro sistema. |
| Confirm E-mail | Confirme el correo electrónico |
| Save and Continue | Guardar y Continuar |

Note: when opted out or new, the line "I agree to the Terms  and Conditions" is not displayed.

**E-Sign**

## My Preferences page with Errors



18 CV 9509

DOE 0035

**E-Sign**



| There are one or more errors on this page | Esta página tiene uno o más errores |
|---|---|
| A Correspondence preference is required | Debe seleccionar una opción de Correspondencia |
| Because you selected to receive correspondence electronically, you must agree to the Terms and Conditions | Como usted seleccionó que desea recibir la correspondencia electrónicamente, usted debe de estar de acuerdo con los Términos y Condiciones |
| Email address is required | Ingrese una dirección de correo electrónico |
| Please enter a valid email address | Ingrese una dirección de correo electrónico válida |
| Email address and confirm email address must match | La dirección de correo electrónico y la confirmación de ésta deben coincidir |

18 CV 9509                                                              DOE 0036

**E-Sign**

## More Information Pop-up

**Provide your email address to receive correspondence via email.** ☒

You will receive an email notifying you when new correspondence is available on this Web site.

You will use your Federal Student Aid PIN to access your correspondence on this Web site. You must not share your Federal Student Aid PIN with anyone.

Correspondence may include, but is not limited to account statements and deferment and forbearance notice.

While enrolled in electronic correspondence, you will not receive the same correspondence via both e-mail and U.S. mail. However, correspondence not available electronically will be sent to you via the U.S. Postal Service.

You must have a valid email address. If your email is returned to us as undeliverable, you will receive the correspondence via U.S. mail. If you wish to retain a paper copy of any correspondence you have received electronically, you may print a copy for your records.

You may update your email address or update your option to receive correspondence via email at any time by returning to this Web site and making the appropriate change.

| Provide your email address to receive correspondence via email. | Proporcione su dirección de correo electrónico para recibir correspondencia por este medio. |
|---|---|
| You will receive an email notifying you when new correspondence is available on this Web site. | Recibirá un correo electrónico en el que se le notificará cuando haya nueva correspondencia disponible en este sitio web. |
| You will use your Federal Student Aid PIN to access your correspondence on this Web site.  You must not share your Federal Student Aid PIN with anyone. | Usará su PIN de la Oficina de Ayuda Federal para Estudiantes para obtener acceso a su correspondencia en este sitio web. No podrá compartir con nadie su PIN de la Oficina de Ayuda Federal para Estudiantes. |
| Correspondence may include, but is not limited to account statements and deferment and forbearance notices. | La correspondencia puede incluir, entre otras, estados de cuenta y avisos de aplazamiento de pago y suspensión temporal de cobro. |
| While enrolled in electronic correspondence, you will not receive the same correspondence via both e-mail and U.S. mail. However, correspondence not available electronically will be sent to you via the U.S. Postal Service. | Mientras esté inscrito en la correspondencia electrónica no recibirá la misma por ambas vías, correo de EE. UU. y correo electrónico. No obstante, la correspondencia no disponible en forma electrónica se le enviará por medio del Servicio Postal de EE.UU. |
| You must have a valid email address. If your email is returned to us as undeliverable, you will receive the correspondence via U.S. mail. If you wish to retain a paper copy of any correspondence you have received electronically, you may print a copy for your records. | Deberá tener una dirección de correo electrónico válida. Si su correo electrónico nos es devuelto porque no se ha podido entregar, recibirá la correspondencia por medio del Servicio Postal de EE.UU. Si desea conservar una copia en papel de cualquier correspondencia que ha recibido electrónicamente, puede imprimir una copia para sus archivos. |
| You may update your email address or update your option to receive correspondence via email at any time by returning to this Web site and making the appropriate change. | Podrá actualizar su dirección de correo electrónico o cambiar la opción para recibir correspondencia por este medio en cualquier momento, al regresar a este sitio web y efectuar el cambio correspondiente. |

**E-Sign**

## Terms and Conditions Pop-up

Logout

### Electronic Correspondence Terms and Conditions

**Electronic Correspondence Delivery Policy (E-Sign Disclosure and Consent)**

This policy describes how the U.S. Department of Education (ED) delivers correspondence associated with your federal student loans to you electronically. We may amend this policy at any time by posting a revised version on this website. The revised version will be effective at the time we post it.

**Electronic delivery of correspondence**

You agree and consent to receive electronically all correspondence, agreements, documents, notices and disclosures (collectively, "correspondence") that we provide in connection with your William D. Ford Federal Direct Loan(s) (Direct Loan) and your Federal Family Education Loan(s) (FFEL), and your use of our services. Correspondence includes but is not limited to:

- Disclosure Statements;
- Credit Correspondence (PLUS Loans only);
- Process Completion Notifications;
- Correspondence Availability Notifications; or
- Master Promissory Note (MPN) Completion Request

We will provide this correspondence to you by posting it on the ED's StudentLoans.gov website and emailing you at

[ Close ]

### Electronic Correspondence Terms and Conditions

We will provide this correspondence to you by posting it on the ED's StudentLoans.gov website and emailing you at the email address listed in your profile to inform you that correspondence is available, or by emailing you at the email address listed in your profile. Correspondence posted to StudentLoans.gov is available for retrieval for 180 days.

**Hardware and software requirements**

In order to access and retain electronic correspondence, you will need the following computer hardware and software:

- A computer with an Internet connection;
- A current web browser that includes 128-bit encryption with cookies enabled (for a complete list of supported browsers and our site requirements, choose "Learn More" on the top navigation bar and select "What You Need for Direct Loans" from the dropdown list);
- Adobe Acrobat Reader version 8.0 and above to open documents in .pdf format;
- A valid email address (your primary email address on file with ED); and
- Sufficient storage space to save past Communications or an installed printer to print them.

We will notify you if there is a substantial change to the hardware or software needed to receive or access electronic correspondence from ED. By giving your consent, you are confirming that you have access to the

[ Close ]

**E-Sign**

## ⊞ Electronic Correspondence Terms and Conditions

We will notify you if there is a substantial change to the hardware or software needed to receive or access electronic correspondence from ED. By giving your consent, you are confirming that you have access to the necessary equipment and are able to receive, open, and print or download a copy of any correspondence for your records. You may print or save a copy of this correspondence for your records as they may not be accessible online at a later date.

### How to withdraw your consent

You may withdraw your consent to receive correspondence electronically by updating your profile on StudentLoans.gov website. Sign in to StudentLoans.gov, select "My Preferences" and choose "I do not want to receive electronic correspondence".

### Paper copies of electronic correspondence

If you consent to receive Correspondence electronically, and you would like a paper copy of a Correspondence we provided, you may print a copy for your records. Electronic versions of correspondence may be saved to your personal computer for future reference.

### Updating your contact information

[ Close ]

## ⊞ Electronic Correspondence Terms and Conditions

### Paper copies of electronic correspondence

If you consent to receive Correspondence electronically, and you would like a paper copy of a Correspondence we provided, you may print a copy for your records. Electronic versions of correspondence may be saved to your personal computer for future reference.

### Updating your contact information

**It is your responsibility to keep your email address up to date so that we can communicate with you electronically.** You understand and agree that if we send you an electronic correspondence but you do not receive it because your email address on file is incorrect, out of date, blocked by your service provider, or you are otherwise unable to receive electronic correspondence, we will be deemed to have provided the correspondence to you.

Please note that if you use a spam filter that blocks or re-routes emails from senders not listed in your email address book, you must add ED's email address to your email address book so that you will be able to receive the correspondence we send to you.

You can update your email address at any time by logging into the StudentLoans.gov website and going to My Preferences.

[ Close ]

**E-Sign**

| Electronic Correspondence Terms and Conditions | Términos y Condiciones para Correspondencia Electrónica |
|---|---|
| **Electronic Correspondence Delivery Policy (E-Sign Disclosure and Consent)** | **Política de entrega de correspondencia electrónica (E-Sign divulgación y consentimiento)** |
| This policy describes how the U.S. Department of Education (ED) ) and its agents and contractors, including your federal loan servicer ("we"),deliver correspondence associated with your federal student loans to you electronically. We may amend this policy at any time by posting a revised version on this Web site. The revised version will be effective at the time we post it. | Esta política describe cómo el Departamento de Educación de EE. UU. (ED, por sus siglas en inglés) y sus respectivos agentes y contratistas, incluyendo su entidad federal administradora de préstamo ("nosotros"), le entregan la correspondencia asociada con sus préstamos federales para estudiantes electrónicamente. Podemos modificar esta política en cualquier momento mediante la publicación de una versión revisada en este sitio web. La versión revisada entrará en vigor el momento en que se publique. |
| **Electronic delivery of correspondence** | **Distribución electrónica de correspondencia** |

18 CV 9509

DOE 0040

**E-Sign**

| | |
|---|---|
| You agree and consent to receive electronically all correspondence, agreements, documents, notices and disclosures (collectively, "correspondence") that we provide in connection with your William D. Ford Federal Direct Loan(s) (Direct Loan) and your Federal Family Education Loan(s) (FFEL), and your use of our services. Correspondence includes but is not limited to:<br><br>• Disclosure Statements;<br>• Credit Correspondence (PLUS Loans only);<br>• Process Completion Notifications;<br>• Correspondence Availability Notifications; or<br>• Master Promissory Note (MPN) Completion Request<br>• Loan servicing notices and correspondence, including tax documents (including IRS Forms 1098-E and 1099-C) or other correspondence required by law.<br><br>For services that you receive through ED's StudentLoans.gov Web site, we will provide this correspondence to you by posting it on the ED's StudentLoans.gov Web site and emailing you at the email address listed in your profile to inform you that correspondence is available, or by providing correspondence to you at the email address listed in your profile. Correspondence posted to StudentLoans.gov is available for retrieval for at least 180 days.<br><br>For services that you receive through ED's federal loan servicers, your federal loan servicer(s) will provides notices and correspondence to you by posting it to your online account or on the servicer's' Web site or notifying you at the electronic contact information listed in your profile. Tax notices will remain available until at least October 15 of the calendar year after the year to which the notice applies, or until 90 days after the notice is made available, whichever is later.<br><br>We reserve the right to provide paper Communications to you at any time at your designated U.S. Postal address. | Usted acepta y provee su consentimiento para recibir electrónicamente toda correspondencia, acuerdos, documentos, avisos y divulgaciones (colectivamente, "correspondencia") que ponemos a su disposición en relación con sus préstamos educativos federales William D. Ford Federal Direct Loans (Préstamos del Direct Loan Program)) y sus préstamos educativos federales Federal Family Education Loan (FFEL), y su uso de nuestros servicios. La correspondencia incluye pero no se limita a:<br><br>• Declaraciones de divulgación;<br>• Correspondencia de crédito (sólo para Préstamos PLUS);<br>• Notificaciones cuando se completa un proceso;<br>• Notificaciones indicando la disponibilidad de correspondencia; o<br>• Solicitud para completar un Pagaré Maestro (MPN, por sus siglas en inglés)<br>• Avisos de administración de préstamo y correspondencia, incluyendo documentos fiscales (incluso Formularios del IRS 1098-E y 1099-C) u otra correspondencia requerida según la ley.<br><br>Para los servicios que usted recibe a través de la página web StudentLoans.gov del ED, le proporcionaremos esta correspondencia publicándola en el sitio web de StudentLoans.gov del ED y enviándola a la dirección de correo electrónico que aparece en su perfil para informarle que la correspondencia está disponible, o se la enviaremos a la dirección de correo electrónico que aparece en su perfil. La correspondencia publicada en el sitio web StudentLoans.gov está disponible para su acceso por 180 días.<br><br>Para los servicios que usted recibe a través de las entidades federales administradoras de préstamo del ED, su(s) entidad(es) federal(es) administradora(s) de préstamo le proporcionara(n) los avisos y correspondencia publicándolas en su cuenta en línea o en el sitio web de la entidad o se le notificará a la información de contacto electrónico que aparece en su perfil. Los avisos fiscales permanecerán disponible hasta por lo menos el 15 de octubre del año civil después del año en que el aviso se aplica, o hasta 90 días después de que el aviso se pone a su disposición, lo que sea posterior.<br><br>Nos reservamos el derecho de proporcionarle las Comunicaciones en papel en cualquier momento a su dirección postal designada de EE.UU. |
| | |
| **Hardware and software requirements** | **Requisitos de hardware y software** |

**E-Sign**

| | |
|---|---|
| In order to access and retain electronic correspondence, you will need the following computer hardware and software:<br>• A computer with an Internet connection;<br>• A current web browser that includes 128-bit encryption with cookies enabled (for a complete list of supported browsers, and our site requirements choose "Learn More" on the top navigation bar and select "What You Need" from the dropdown list);<br>• The ability to open documents in .pdf format;<br>• A valid email address (your primary email address on file with ED and your federal loan servicer);<br>• Sufficient storage space to save past Communications or an installed printer to print them;<br>• The ability to view Hypertext Markup Language (HTML) files; and<br>• The ability to view Portable Network Graphics (PNG) files. | Para acceder y conservar la correspondencia electrónica, usted necesitará el siguiente hardware y software:<br>• Una computadora con conexión a Internet;<br>• Un navegador actual que incluye encriptación de 128 bits con las cookies activas (para una lista completa de navegadores compatibles y los requisitos de nuestro sitio web, elija "Más información" en la barra de navegación superior y seleccione "Lo que necesita" de las opciones disponibles;<br>• La capacidad de abrir documentos en formato .pdf;<br>• Una dirección de correo electrónico válida (su dirección de correo electrónico principal registrada en el ED y su entidad federal administradora de préstamo);<br>• Suficiente espacio de almacenamiento para guardar las comunicaciones o una impresora instalada para imprimirlos;<br>• La capacidad de ver archivos en lenguaje de marcado de hipertexto (HTML por sus siglas en inglés); y<br>• La capacidad de ver archivos en gráficos de red portátil (PNG, por sus siglas en inglés). |
| We will notify you if there is a substantial change to the hardware or software needed to receive or access electronic correspondence from ED or from your federal loan servicer(s). By giving your consent, you are confirming that you have access to the necessary equipment and are able to receive, open, and print or download a copy of any correspondence for your records. You may print or save a copy of this correspondence for your records as they may not be accessible online at a later date. | Le notificaremos si hay un cambio sustancial en el hardware o el software necesario para recibir o tener acceso a la correspondencia electrónica del ED o de su(s) entidad(es) federal(es) administradora(s) de préstamo. Al dar su consentimiento, está confirmando que usted tiene acceso al equipo necesario y es capaz de recibir, abrir e imprimir o descargar una copia de cualquier correspondencia para sus registros. Usted puede imprimir o guardar una copia de esta correspondencia para sus registros ya que no podrían estar accesibles en línea en una fecha posterior. |
| **How to withdraw your consent** | **Cómo retirar su consentimiento** |

18 CV 9509                                                                      DOE 0042

**E-Sign**

| | |
|---|---|
| You may withdraw your consent to receive correspondence electronically by updating your profile on StudentLoans.gov Web site. Sign in to StudentLoans.gov, select "My Preferences" and choose "I do not want to receive electronic correspondence from the U. S. Department of Education and my federal loan servicer(s).". | Usted puede retirar su consentimiento para recibir correspondencia electrónicamente mediante la actualización de su perfil en la página web de StudentLoans.gov. Inicie la sesión en StudentLoans.gov, seleccione "Mis preferencias" y elija "No deseo recibir correspondencia electrónica del Departamento de Educación de EE. UU. y mi(s) entidad(es) federal(es) administradora(s) de préstamo.". |
| You may also withdraw your consent to receive correspondence electronically from your federal loan servicer(s) by visiting your federal loan servicers' Web site and <mark>editing</mark> your profile.  Note: withdrawing consent to receive electronic correspondence on a federal loan servicer Web site applies only to correspondence sent by a federal loan servicer. Additionally, you may withdraw your consent by contacting us at 1-800-557-7394 , <mark>email address,</mark> or by mail: | Usted también puede retirar su consentimiento para recibir correspondencia electrónicamente de su(s) entidad(es) federal(es) administradora(s) de préstamo visitando el sitio web de su(s) entidad(es) federal(es) administradora(s) de préstamo y actualizando su perfil. Nota: retirar el consentimiento para recibir correspondencia electrónicamente en el sitio web de su(s) entidad(es) federal(es) administradora(s) de préstamo se aplica solamente a la correspondencia enviada por una entidad federal administradora de préstamo. Además, usted puede retirar su consentimiento contactándonos al <mark>1-800-557-7394, o por correo:</mark> |
| Regular:<br>US Department of Education – Applicant Services<br>P.O. Box 9002<br>Niagara Falls, NY 14302 | Regular:<br>US Department of Education – Applicant Services<br>P.O. Box 9002<br>Niagara Falls, NY 14302 |
| Overnight:<br>US Department of Education – Applicant Services<br>2429 Military Road, Suite 200<br>Niagara Falls, NY 14304 | Urgente:<br>US Department of Education – Applicant Services<br>2429 Military Road, Suite 200<br>Niagara Falls, NY 14304 |
| If you withhold or withdraw your consent, then any required disclosures will be furnished on paper mailed to your account address. | Si usted retiene o retira su consentimiento, entonces cualquier divulgación requerida se entregará en papel enviandose a la dirección que aparece en su cuenta. |
| Your withdrawal of consent does not apply to Correspondence provided electronically before the date on which the withdrawal of consent takes effect. | La retirada del consentimiento no se aplica a la correspondencia proporcionada electrónicamente antes de la fecha en que la retirada del consentimiento entra en vigencia. |
| For IRS Form 1098-E only, we will confirm the withdrawal of consent and the effective date. | Para el Formulario 1098-E del IRS, confirmaremos la retirada del consentimiento y la fecha en que entre en vigencia. |
| **Paper copies of electronic correspondence** | **Copias impresas de correspondencia electrónica** |
| If you consent to receive Correspondence electronically, and you would like a paper copy of a Correspondence we provided, you may print a copy for your records. Electronic versions of correspondence may be saved to your personal computer for future reference. | Si usted da su consentimiento para recibir correspondencia electrónica, y desea una copia en papel de una correspondencia que proporcionamos, usted puede imprimir una copia para sus registros. Las versiones electrónicas de correspondencia se pueden guardar en su computadora personal para futuras referencias. |
| You may also request that a paper copy of the correspondence sent by your federal loan servicer(s) be mailed to you by calling your federal loan servicer(s).  The request for a paper copy of any Correspondence will not by itself constitute a withdrawal of consent.  Federal loan servicers will not charge you unless the request exceeds a reasonable number. In no event will we charge you for a paper copy of IRS Form 1098-E. | Usted también puede solicitar que una copia en papel de la correspondencia enviada por su(s) entidad(es) federal(es) administradora(s) de préstamo se le envíe llamando a su(s) entidad(es) federal(es) administradora(s) de préstamo. La solicitud de una copia en papel de cualquier correspondencia por sí sola no constituye un retiro de consentimiento. Las entidades federales administradoras de préstamo no le cobrarán a menos que la solicitud exceda un número razonable. En ningún caso cobraremos por una copia en papel del Formulario 1098-E del IRS. |
| **Updating your contact information** | **Actualizar su información de contacto** |

**E-Sign**

| | |
|---|---|
| Consent to furnish statements electronically remains effective ==and applies to statements furnished every year after the consent has been given,== until the consent is either withdrawn or we discontinue electronic communications.  **It is your responsibility to keep your email address up to date so that we can communicate with you electronically.** You understand and agree that if we send you an electronic correspondence but you do not receive it because your email address on file is incorrect, out of date, blocked by your service provider, or you are otherwise unable to receive electronic correspondence, we will be deemed to have provided the correspondence to you. ==However, in the case of Form 1098-E (Student Loan Interest Statement), the federal loan servicer will furnish the form by U.S. mail when the email is returned as undeliverable and the federal loan servicer is unable to obtain a current electronic address.== | **El consentimiento para entregar las declaraciones electrónicamente ==y aplica a las divulgaciones proporcionadas cada año después que el consentimiento ha sido dado,== permanece vigente hasta que el consentimiento sea retirado o nosotros suspendamos las comunicaciones electrónicas. Es su responsabilidad mantener actualizada su dirección de correo electrónico, para que podamos comunicarnos con usted electrónicamente.** Usted entiende y acepta que si le enviamos una correspondencia electrónica pero no la recibe porque su dirección de correo electrónico en el archivo es incorrecta, obsoleta, bloqueada por el proveedor de servicios, o de lo contrario no es posible recibir correspondencia electrónica, se considerará que se ha proporcionado la correspondencia a usted. ==Sin embargo, en el caso del Formulario 1098-E (declaración de intereses de préstamo estudiantil), la entidad federal admistradora de préstamo proporcionará el formulario a través del Servicio== Postal de EE. UU. ==cuando el correo electrónico es devuelto como no entregable y la entidad federal admistradora de préstamo no puede obtener una dirección electrónica actual.== |
| Please note that if you use a spam filter that blocks or re-routes emails from senders not listed in your email address book, you must add ED's email address to your email address book so that you will be able to receive the correspondence we send to you. | Por favor tenga en cuenta que si utiliza un filtro de correo no deseado que bloquea o desvía los correos electrónicos de remitentes que no figuran en su lista de remitentes seguros, debe agregar la dirección de correo electrónico del ED a su lista de remitentes seguros para que usted pueda recibir la correspondencia que le enviemos. |
| You can update your electronic contact information at any time by logging into the StudentLoans.gov Web site and going to My Preferences. | Puede actualizar su información de contacto electrónico en cualquier momento mediante el inicio de sesión en el sitio web StudentLoans.gov e ir a "Mis preferencias". |

## My Account Page- Option(s) Updated Successfully

18 CV 9509                                                                                   DOE 0044

**E-Sign**



| Option(s) Updated Successfully | Una o más opciones se actualizaron con éxito |
|---|---|

**E-Sign**

| | |
|---|---|
| Before you begin, please verify that your personal information is up to date and select your preference for future correspondence. | Antes de empezar, verifique que su información personal esté actualizada y seleccione su preferencia para correspondencia futura. |
| The personal information displayed is based on the information returned from the Federal Student Aid PIN Web site. If any of the information is incorrect, you must correct it at the Federal Student Aid PIN Web site. | La información personal que aparece se basa en la información del sitio web del Sistema PIN de la Oficina de Ayuda Federal para Estudiantes. Si alguno de los datos es incorrecto, deberá corregirlo en el sitio web del Sistema PIN. |

| | |
|---|---|
| **Once you have confirmed your information, select what you would like to do:** | **Una vez que confirme su información, seleccione lo que desee hacer:** |
| <ul><li>**Complete Counseling (Entrance, Financial Awareness, and Exit)**</li><li>**Complete Master Promissory Note**</li><li>**Request a Direct PLUS Loan**</li><li>**Endorse a Direct PLUS Loan**</li><li>**Complete IBR/Pay As You Earn/ICR Repayment Plan Request**</li><li>**Co-sign IBR/Pay As You Earn/ICR Repayment Plan Request**</li><li>**I am not sure** (we will ask you a series of questions to direct you)</li></ul> | <ul><li>**Completar Asesoramiento (Ingreso, Concientización Financiera, Salida)**</li><li>**Completar MPN**</li><li>**Solicitar un Préstamo Direct PLUS**</li><li>**Avalar un Préstamo Direct PLUS**</li><li>**Completar solicitud para IBR/Pago Según Sus Ingresos/ICR**</li><li>**Solicitud para IBR/Pago Según Sus Ingresos/ICR para el codeudor**</li><li>**No estoy seguro** (Le haremos una serie de preguntas para orientarlo)</li></ul> |

| | |
|---|---|
| **Personal Information** | **Información personal** |
| **Borrower:** <br> **Social Security Number:** <br> **Date of Birth:** <br> **E-mail:** <br> Update E-mail and/or My Preferences *(Link to My Preferences Page)* | **Prestatario:** <br> **Número de Seguro Social:** <br> **Fecha de nacimiento:** <br> **Correo electrónico:** <br> Actualizar correo electrónico y/o mis preferencias *(Link to My Preferences Page)* |

*refer to Homepage document for the rest of the page

18 CV 9509                                                          DOE 0046

**E-Sign**

## Update E-Mail and/or My Preferences page (has navigation menu)



| My Preferences | Mis Preferencias |
|---|---|
| Logout | Salir |

**E-Sign**

| Options | Opciones |
|---|---|
| **Language**<br>   • English<br>   • Spanish<br>The text on this Web site and in all of your correspondence will be in the language selected. All legal documents will be saved in the language in which you completed them. | **Idioma**<br>   • Inglés<br>   • Español<br>El texto de este sitio web y en toda su correspondencia será en el idioma seleccionado. Todos los documentos legales se guardarán en el idioma en que usted los completó. |
| **Correspondence**<br>   • I want to receive electronic correspondence from the U. S. Department of Education and my federal loan servicer(s).<br>       o I agree to the Terms and Conditions<br>   • I do not want to receive electronic correspondence from the U. S. Department of Education and my federal loan servicer(s).<br><br>If you choose to receive electronic correspondence, all correspondence notifications from this Web site will be delivered to your e-mail address and will provide instructions on how to retrieve the correspondence.<br>More Information | **Correspondencia**<br>   • Quiero recibir correspondencia electrónica del Departamento de Educación de EE. UU.  y mi(s) entidad(es) federal(es) administradora(s) de préstamo.<br>       o Estoy de acuerdo con los términos y condiciones<br>   • No quiero recibir correspondencia electrónica del Departamento de Educación de EE. UU.  y mi(s) entidad(es) federal(es) administradora(s) de préstamo.<br><br>Si usted elige recibir correspondencia electrónica, todas las notificaciones de correspondencia de este sitio web serán entregadas a su dirección de correo electrónico y le proporcionarán instrucciones sobre cómo recuperar la correspondencia.<br>Más información |
| **E-mail Address** | **Dirección de correo electrónico** |
| E-mail | Correo electrónico |
| All correspondence notifications will be delivered to the most recent e-mail address stored on our system. | Todas las notificaciones de correspondencia se entregarán a la dirección de correo electrónico más reciente almacenada en nuestro sistema. |
| Confirm E-mail | Confirme el correo electrónico |
| **Save and Continue** | **Guardar y Continuar** |

*refer to top and left navs on the Homepage document