# StudentLoans.gov

*Account Settings page*
*Text Baseline*
*Release 14.3*
*October 28, 2015*

| | |
|---|---|
| July 1, 2015 | 14.3 Production text pulled from CMS |
| August 14, 2015 | FSA updates for CR 3125/111041 place holders for final design |
| August 19, 2015 | FSA Updates based on design received 8/19/2015 |
| October 5, 2015 | Text updates based on final UI design from Accenture |
| October 6, 2015 | FSA Updates based on final UI design |
| October 19, 2015 | Updating text based on final UI design from Accenture |
| October 28, 2015 | Final text baseline from Accenture |

## Account Settings



| English Text | Spanish Text |
|---|---|
| Account Settings | Configuración de cuenta |
| Account Settings | Configuración de cuenta |
| Required fields are indicated with a *. | Los campos obligatorios se indican con un asterisco (*). |
| Your Information | Su información |
| Name | Nombre |
| Social Security Number | Número de seguro social |
| Date of Birth | Fecha de nacimiento |
| Edit my FSA ID Information | Actualizar la información de mi credencial FSA ID |
| "If you make changes to the identifiers associated with your FSA ID you will not be able to complete any processes in StudentLoans.gov until the updated information is verified by the Social Security Administration." | Si hace cambios en los datos personales asociados con su credencial FSA ID, usted no podrá completar ningún proceso en StudentLoans.gov hasta que la información actualizada sea verificada por la Administración del Seguro Social. |
|  |  |
| Language Preference | Preferencia de idioma |
| The text on this Web site and in all of your correspondence will be in the language selected. All legal documents will be saved in the language in which you completed them. | El texto de este sitio web y de toda su correspondencia se mostrará en el idioma seleccionado. Todos los documentos legales se guardarán en el idioma en que usted los completó. |
| English | Inglés |
| Spanish | Español |
|  |  |
|  |  |
|  |  |
|  |  |
| • | • |
| Communication | Comunicaciones |
| **Correspondence** | **Correspondencia** |
| More Information | Más información |
| Provide your e-mail address to receive correspondence via e-mail. | Proporcione su dirección de correo electrónico para recibir correspondencia por este medio. |

| | |
|---|---|
| • You will receive an e-mail notifying you when new correspondence is available.<br>• You will use your FSA ID to access your correspondence on this Web site. You must not share your FSA ID with anyone.<br>• Correspondence may include, but is not limited to account statements and deferment and forbearance notices.<br>• While enrolled in electronic correspondence, you will not receive the same correspondence by both e-mail and postal mail. Correspondence not available electronically will be sent to you by postal mail.<br>• You must have a valid e-mail address. If your e-mail is returned to us as undeliverable, you will receive the correspondence by postal mail. If you wish to retain a paper copy of any correspondence you have received electronically, you may print a copy for your records.<br>• You may update your e-mail address or update your option to receive correspondence by e-mail at any time by returning to this Web site and making the appropriate change.<br>• All correspondence notifications will be delivered to the most recent e-mail address stored on our system.<br><br>Close | • Recibirá un correo electrónico en el que se le notificará cuando haya nueva correspondencia disponible en este sitio web.<br>• Usará su propia credencial FSA ID para obtener acceso a su correspondencia en este sitio web. No debe compartir con nadie su credencial FSA ID.<br>• La correspondencia puede incluir, entre otras, estados de cuenta y avisos de aplazamiento de pago y suspensión temporal de cobro.<br>• Mientras esté inscrito en la correspondencia electrónica no recibirá la misma por ambas vías, correo postal de los EE. UU. y correo electrónico. No obstante, la correspondencia no disponible en forma electrónica se le enviará por medio del Servicio Postal de los EE.UU.<br>• Deberá tener una dirección de correo electrónico válida. Si su correo electrónico nos es devuelto porque no se ha podido entregar, recibirá la correspondencia por medio del Servicio Postal de los EE.UU. Si desea conservar una copia en papel de cualquier correspondencia que ha recibido electrónicamente, puede imprimir una copia para sus archivos.<br>• Podrá actualizar su dirección de correo electrónico o cambiar la opción para recibir correspondencia por este medio en cualquier momento, al regresar a este sitio web y efectuar el cambio correspondiente<br>• Todas las notificaciones de correspondencias se entregarán a la dirección de correo electrónico más reciente almacenada en nuestro sistema.<br><br>Cerrar |
| ~~that must be taken on StudentLoans.gov.~~ | |
| I want to receive my correspondence from the U.S. Department of Education and my federal loan and/or TEACH Grant servicer(s) **by e-mail**. **(Recommended)** | Quiero recibir mi correspondencia del Departamento de Educación de los EE. UU. y de la(s) entidad(es) administradora(s) de mis préstamos federales y/o Becas TEACH **por correo electrónico**. **(Recomendado)** |
| *[conditional text appears if electronic correspondence is selected]*<br><br>*If you choose to receive correspondence by e-mail, all notifications ~~from this Web site~~ will be delivered to your e-mail address ~~and~~ with instructions explaining how to retrieve the correspondence.* | *[conditional text appears if electronic correspondence is selected]*<br><br>Si usted elige recibir correspondencia por correo electrónico, todas las notificaciones serán entregadas a su dirección de correo electrónico, y se le proporcionarán instrucciones sobre cómo recuperar la correspondencia. |
| | |
| I want to receive my correspondence from the U.S. Department of Education and my federal loan and/or TEACH Grant servicer(s) **by postal mail**. | Deseo recibir mi correspondencia del Departamento de Educación de los EE- UU. y de la(s) entidad(es) administradora(s) de mis préstamos federales y/o Becas TEACH **por correo postal**. |
| | |

| | |
|---|---|
| [conditional text appears if paper correspondence is selected]<br><br>If you choose to have your correspondence delivered by postal mail, you must have a mailing address in the U.S., U.S. Territories or Canada. | Si usted ha elegido que desea recibir su correspondencia por correo postal, usted debe tener una dirección postal en los Estados Unidos, territorios de Estados Unidos o Canadá. |
| **E-mail information** | **Información de correo electrónico** |
| More Information | Más información |
| | |
| E-mail address – More Information | Correo electrónico - Más información |
| You are not required to provide this information unless you have selected to receive correspondence and/or notifications by e-mail. | Ingrese su dirección de correo electrónico preferida para recibir comunicaciones de StudentLoans.gov. Usted no está obligado a proporcionar esta información. Si lo hace, podemos usar su dirección de correo electrónico para comunicarnos con usted. |
| E-mail Address | Dirección de correo electrónico |
| Confirm E-mail Address | Confirme la dirección de correo electrónico |
| **Notifications and Messages** | **Notificaciones y mensajes** |
| | |
| | |
| More Information | |
| | |
| I want to receive e-mail communications about programs and repayment plans I may be eligible for. | Deseo recibir comunicaciones por correo electrónico acerca de los programas de estudio y los planes de pago que podría tener derecho a recibir. |
| [conditional text appears if e-mail notifications option is selected]<br><br>If you choose to receive notifications and messages from the U.S Department of Education and your federal loan and/or TEACH Grant servicer(s) you may opt out by choosing "Unsubscribe" at the bottom of the e-mail. | Si elige recibir notificaciones y mensajes del Departamento de Educación de los EE. UU. y de la(s) entidad(es) administradora(s) de mis préstamos federales y/o Becas TEACH, podrá cancelar la suscripción al seleccionar la opción "Cancelar suscripción" al final del correo electrónico. |
| **Text Messages** | **Mensajes de texto** |
| | |
| | |

| | |
|---|---|
| I want to receive text messages from the U.S. Department of Education and my federal loan and/or TEACH Grant servicer(s) when available. | Deseo recibir mensajes de texto del Departamento de Educación de los EE.UU. y de la(s) entidad(es) administradora(s) de mis préstamos federales y/o Becas TEACH cuando estén disponible. |
| | |
| | |
| *[conditional text appears if text messages option is selected]*<br>*If you choose to receive text messages from the U.S. Department of Education and your federal loan and/or TEACH Grant servicer(s) you may opt out by deselecting the check box under "Text Messages."*<br>**Message and data rates may apply**. | *[conditional text appears if "Mensajes de texto" option is selected]*<br>Si elige recibir mensajes de texto del Departamento de Educación de los EE. UU. y de la(s) entidad(es) administradora(s) de mis préstamos federales y/o Becas TEACH, podrá cancelar la suscripción al regresar a este sitio web y anular la selección de "Mensajes de texto".<br>**Su proveedor de (servicios de) telefonía podrá aplicar cargos por la transmisión de datos y de mensajes de texto.** |
| **Phone Information** | Información de teléfono |
| Mobile Phone Number | Número de teléfono móvil |
| More Information | |
| | |
| | |
| | |
| | |
| I agree to the Terms and Conditions | Estoy de acuerdo con los términos y condiciones |
| Terms and Conditions | Términos y condiciones |
| Electronic Correspondence Delivery Policy (E-Sign Disclosure and Consent) | Política de entrega de correspondencia por correo electrónico (E-Sign divulgación y consentimiento) |
| This policy describes how the U.S. Department of Education (ED) and its agents and contractors, including your federal loan and/or Teacher Education Assistance for College and Higher Education Grant (TEACH Grant) servicer(s) ("we"), deliver correspondence associated with your federal student loan(s) and/or TEACH Grant(s) to you electronically. We may amend this policy at any time by posting a revised version on this Web site. The revised version will be effective at the time we post it. | Esta política describe cómo el Departamento de Educación de los EE. UU. (ED, por sus siglas en inglés) y sus respectivos agentes y contratistas, incluidos la(s) entidad(es) administradora(s) de sus préstamos federales y/o Becas TEACH ("nosotros"), le entregan la correspondencia asociada con sus préstamos federales y/o Becas TEACH para estudiantes electrónicamente. Podemos modificar esta política en cualquier momento mediante la publicación de una versión revisada en este sitio web. La versión revisada entrará en vigor el momento en que se publique. |
| Electronic delivery of correspondence | Distribución electrónica de correspondencia |

| | |
|---|---|
| If you choose to receive correspondence by e-mail, you agree and consent to receive electronically all correspondence, agreements, documents, notices and disclosures (collectively, "correspondence") that we provide in connection with your William D. Ford Federal Direct Loan(s) (Direct Loan), your Federal Family Education Loan(s) (FFEL), your TEACH Grant(s) and your use of our services. Correspondence includes but is not limited to:<br><br>• Disclosure Statements;<br>• Credit Correspondence (PLUS Loans only);<br>• Process Completion Notifications;<br>• Correspondence Availability Notifications;<br>• Master Promissory Note (MPN) Completion Request; or<br>• Loan servicing notices and correspondence, including tax documents (including IRS Forms 1098-E and 1099-C) or other correspondence required by law. | Si elige recibir correspondencia por correo electrónico, usted acepta y provee su consentimiento para recibir por correo electrónico toda correspondencia, acuerdos, documentos, avisos y divulgaciones (colectivamente, "correspondencia") que ponemos a su disposición en relación con sus préstamos educativos federales William D. Ford Federal Direct Loans (Préstamos del Direct Loan Program) y sus préstamos educativos federales Federal Family Education Loan (FFEL), sus Becas TEACH y su uso de nuestros servicios. La correspondencia incluye, entre otros elementos, lo siguiente:<br><br>• Declaraciones de divulgación.<br>• Correspondencia de crédito (solo para Préstamos PLUS).<br>• Notificaciones cuando se completa un proceso.<br>• Notificaciones que indican la disponibilidad de correspondencia.<br>• Solicitud para completar un Pagaré Maestro (MPN, por sus siglas en inglés).<br>• Avisos de administración de préstamo y correspondencia, incluidos documentos fiscales (incluso Formularios del IRS 1098-E y 1099-C) u otra correspondencia requerida según la ley. |
| For services that you receive through ED's StudentLoans.gov Web site, we will provide this correspondence to you by posting it on the ED's StudentLoans.gov Web site and e-mailing you at the e-mail address listed in your account settings to inform you that correspondence is available, or by providing correspondence to you at the e-mail address listed in your account settings. Correspondence posted to StudentLoans.gov is available for retrieval for at least 180 days.<br><br>For services that you receive through ED's federal loan and/or TEACH Grant servicer(s), your servicer(s) will provide notices and correspondence to you by posting it to your online account or on the servicer's Web site or notifying you at the electronic contact information listed in your account settings. Tax notices will remain available until at least October 15 of the calendar year after the year to which the notice applies, or until 90 days after the notice is made available, whichever is later.<br><br>We reserve the right to provide paper Communications to you at any time at your designated postal address. | Para los servicios que usted recibe a través de la página web StudentLoans.gov del ED, le proporcionaremos esta correspondencia. La publicaremos en el sitio web de StudentLoans.gov del Departamento de Educación y la enviaremos a la dirección de correo electrónico que aparece en su perfil para informarle que la correspondencia está disponible, o se la enviaremos a la dirección de correo electrónico que aparece en su configuración de cuenta. Puede acceder a la correspondencia publicada en el sitio web StudentLoans.gov durante 180 días.<br><br>Para los servicios que usted recibe a través de la(s) entidad(es) administradora(s) de préstamos federales y/o Becas TEACH del ED, la(s) entidad(es) administradora(s) de sus préstamos federales y/o Becas TEACH le proporcionará(n) los avisos y la correspondencia. Publicará(n) dicha información en su cuenta en línea o en el sitio web de la entidad, o se lo notificará a la información de contacto electrónico que aparece en su perfil. Los avisos fiscales permanecerán disponibles hasta, por lo menos, el 15 de octubre del año calendario posterior al año en que el aviso se aplica o hasta 90 días después de que el aviso se haya divulgado, lo que sea posterior.<br><br>Nos reservamos el derecho de proporcionarle las comunicaciones en papel en cualquier momento a su dirección postal designada en los EE. UU. |
| Hardware and software requirements | Requisitos de hardware y software |
| In order to access and retain electronic correspondence, you'll need the following computer hardware and software:<br><br>• A computer with an Internet connection; | Para acceder y conservar la correspondencia electrónica, usted necesitará el siguiente hardware y software:<br><br>• Una computadora con conexión a Internet. |

18 CV 9509
DOE 0055

| | |
|---|---|
| <ul><li>A current web browser that includes 128-bit encryption with cookies enabled (for a complete list of supported browsers and our site requirements, choose "Learn More" on the top navigation bar and select "What You Need" from the dropdown list);</li><li>The ability to open documents in PDF format;</li><li>A valid e-mail address (your primary e-mail address on file with ED and your federal loan and/or TEACH Grant servicer);</li><li>Sufficient storage space to save past Communications or an installed printer to print them;</li><li>The ability to view Hypertext Markup Language (HTML) files; and</li><li>The ability to view Portable Network Graphics (PNG) files.</li></ul> | <ul><li>Un navegador actual que incluye encriptación de 128 bits con las cookies activas (para obtener una lista completa de navegadores compatibles y los requisitos de nuestro sitio web, elija "Más información" en la barra de navegación superior y seleccione "Lo que necesita" de las opciones disponibles).</li><li>La capacidad de abrir documentos en formato PDF.</li><li>Una dirección de correo electrónico válida (su dirección de correo electrónico principal registrada en el ED y la(s) entidad(es) administradora(s) de sus préstamos federales y/o Becas TEACH).</li><li>Suficiente espacio de almacenamiento para guardar las comunicaciones o una impresora instalada para imprimirlas.</li><li>La capacidad de ver archivos en lenguaje de marcado de hipertexto (HTML, por sus siglas en inglés).</li><li>La capacidad de ver archivos en gráficos de red portátil (PNG, por sus siglas en inglés).</li></ul> |
| We will notify you if there is a substantial change to the hardware or software needed to receive or access electronic correspondence from ED or from your federal loan and/or TEACH Grant servicer(s). By giving your consent, you're confirming that you have access to the necessary equipment and are able to receive, open, and print or download a copy of any correspondence for your records. You may print or save a copy of this correspondence for your records as they may not be accessible online at a later date. | Le notificaremos si hay un cambio sustancial en el hardware o en el software necesario para recibir o tener acceso a la correspondencia electrónica del ED o de la(s) entidad(es) administradora(s) de sus préstamos federales y/o Becas TEACH. Al dar su consentimiento, está confirmando que usted tiene acceso al equipo necesario y es capaz de recibir, abrir e imprimir o descargar una copia de cualquier correspondencia para sus registros. Usted puede imprimir o guardar una copia de esta correspondencia para sus registros, ya que es posible que no pueda acceder a ellos en línea en una fecha posterior. |
| How to withdraw your consent | Cómo retirar su consentimiento |
| You may withdraw your consent to receive correspondence electronically by updating your account settings on StudentLoans.gov Web site. Log in to StudentLoans.gov, select "Account Settings" and choose "I want to receive my correspondence from the U.S. Department of Education and my federal loan and/or TEACH Grant servicer(s) **by postal mail**. You may also withdraw your consent to receive notifications and messages by e-mail and/or text by updating your account settings on StudentLoans.gov Web site. Log in to StudentLoans.gov, select "Account Settings" and deselect "E-mail" and/or "Text Messages." | Usted puede retirar su consentimiento para recibir correspondencia electrónicamente mediante la actualización de su configuración de cuenta en el sitio web de StudentLoans.gov. Inicie sesión en StudentLoans.gov, seleccione "Configuración de cuenta" y elija "Deseo recibir mi correspondencia del Departamento de Educación de los EE- UU. y de la(s) entidad(es) administradora(s) de mis préstamos federales y/o Becas TEACH **por correo postal**." Usted también puede retirar su consentimiento para recibir notificaciones y mensajes por correo electrónico y/o texto mediante la actualización de su configuración de cuenta en el sitio web de StudentLoans.gov. Inicie sesión en StudentLoans.gov, seleccione "Configuración de cuenta" y anule la selección de "Correo electrónico" y/o "Mensajes de texto". |
| You may also withdraw your consent to receive correspondence electronically from your federal loan and/or TEACH Grant servicer(s) by visiting your servicer's Web site and editing your account settings. Note: withdrawing consent to receive electronic correspondence on a federal loan and/or TEACH Grant servicer Web site applies only to | Usted también puede retirar su consentimiento para recibir correspondencia por correo electrónico de la(s) entidad(es) administradora(s) de sus préstamos federales y/o Becas TEACH si visita el sitio web de dichas entidades y si actualiza su configuración de cuenta . Nota: El retiro del consentimiento para recibir correspondencia por correo |

| | |
|---|---|
| correspondence sent by that servicer. Additionally, you may withdraw your consent by contacting us at 1-800-557-7394, StudentLoanSupport@ed.gov or by mail: | electrónico en el sitio web de una de la(s) entidad(es) administradora(s) de sus préstamos federales y/o Becas TEACH se aplica solamente a la correspondencia enviada por dicha entidad. Además, usted puede retirar su consentimiento si se comunica con nosotros al 1-800-557-7394, a StudentLoanSupport@ed.gov o, por correo postal, a: |
| Regular:<br>US Department of Education - Student Loan Support Center<br>P.O. Box 9002<br>Niagara Falls, NY 14302 | Regular:<br>US Department of Education - Student Loan Support Center<br>P.O. Box 9002<br>Niagara Falls, NY 14302 |
| Overnight:<br>US Department of Education - Student Loan Support Center<br>2429 Military Road, Suite 200<br>Niagara Falls, NY 14304 | Urgente:<br>US Department of Education - Student Loan Support Center<br>2429 Military Road, Suite 200<br>Niagara Falls, NY 14304 |
| If you withhold or withdraw your consent, then any required disclosures will be furnished on paper mailed to your account address. | Si usted retiene o retira su consentimiento, entonces, cualquier divulgación requerida se entregará en papel y se enviará a la dirección que aparece en su cuenta. |
| Your withdrawal of consent does not apply to Correspondence provided electronically before the date on which the withdrawal of consent takes effect. | El retiro del consentimiento no se aplica a la correspondencia proporcionada electrónicamente antes de la fecha en que dicho retiro entró en vigencia. |
| For IRS Form 1098-E only, we will confirm the withdrawal of consent and the effective date. | En el caso del Formulario 1098-E del IRS, confirmaremos el retiro del consentimiento y la fecha de entrada en vigencia. |
| Paper copies of electronic correspondence | Copias impresas de correspondencia electrónica |
| If you consent to receive Correspondence electronically, and you would like a paper copy of a Correspondence we provided, you may print a copy for your records. Electronic versions of correspondence may be saved to your personal computer for future reference.<br><br>You may also request that a paper copy of the correspondence sent by your federal loan and/or TEACH Grant servicer(s) be mailed to you by calling your federal loan and/or TEACH Grant servicer(s). The request for a paper copy of any Correspondence won't by itself constitute a withdrawal of consent. Federal loan and TEACH Grant servicers will not charge you unless the request exceeds a reasonable number. In no event will we charge you for a paper copy of IRS Form 1098-E. | Si usted da su consentimiento para recibir correspondencia por correo electrónico y desea obtener una copia en papel de una correspondencia que proporcionemos, usted puede imprimir una copia para sus registros. Las versiones electrónicas de correspondencia se pueden guardar en su computadora personal para futuras referencias.<br><br>Usted también puede solicitar que se le envíe una copia en papel de la correspondencia enviada por la(s) entidad(es)administradora(s) de sus préstamos federales y/o Becas TEACH llamando a la(s) entidad(es) administradora(s) de sus préstamos federales y/o Becas TEACH. La solicitud de una copia en papel de cualquier correspondencia por sí sola no constituye un retiro de consentimiento. Las entidades administradoras de sus préstamos federales y/o Becas TEACH no le cobrarán, a menos que la solicitud exceda una cantidad razonable. En ningún caso cobraremos por una copia en papel del Formulario 1098-E del IRS. |
| Updating your communication information | Actualizar su información para las comunicaciones |
| Consent to furnish statements electronically remains effective and applies to statements furnished every year after the consent has been given, until the consent is either withdrawn or we discontinue electronic communications. **It is your responsibility to keep your communication information up to date so that we can communicate with you electronically.** You understand and agree that if we send you an electronic correspondence but you don't | El consentimiento para entregar declaraciones por correo electrónico permanece vigente y se aplica a las divulgaciones proporcionadas cada año después que se ha dado el consentimiento hasta que el consentimiento sea retirado o nosotros suspendamos las comunicaciones electrónicas. **Es su responsabilidad mantener actualizada su información para las comunicaciones de modo de que podamos comunicarnos con usted** |

| | |
|---|---|
| receive it because your e-mail address on file is incorrect, out of date, blocked by your service provider, or you're otherwise unable to receive electronic correspondence, we will be deemed to have provided the correspondence to you. However, in the case of Form 1098-E (Student Loan Interest Statement), the federal loan servicer will furnish the form by U.S. mail when the e-mail is returned as undeliverable and the federal loan servicer is unable to obtain a current electronic address. | **electrónicamente.** Usted entiende y acepta que, si le enviamos una correspondencia por correo electrónico, pero no la recibe porque su dirección de correo electrónico en el archivo es incorrecta, es obsoleta, ha sido bloqueada por el proveedor de servicios o porque, de algún modo, no es posible recibir correspondencia por correo electrónico, se considerará que se ha entregado la correspondencia. Sin embargo, en el caso del Formulario 1098-E (declaración de intereses de préstamo estudiantil), la(s) entidad(es) administradora(s) de sus préstamos federales proporcionará(n) el formulario a través del Servicio Postal de EE. UU. siempre que el correo electrónico sea devuelto porque no se pudo entregar y la(s) entidad(es) administradora(s) de sus préstamos federales no pueda(n) obtener una dirección electrónica actual. |
| Please note that if you use a spam filter that blocks or re-routes e-mails from senders not listed in your e-mail address book, you must add ED's e-mail address to your e-mail address book so that you'll be able to receive the correspondence we send to you. | Por favor, tenga en cuenta que, si utiliza un filtro de correo no deseado que bloquea o desvía los correos electrónicos de remitentes que no figuran en su lista de remitentes seguros, debe agregar la dirección de correo electrónico del ED a su lista de remitentes seguros para que usted pueda recibir la correspondencia que le enviemos. |
| If you choose to receive text messages you authorize the U.S. Department of Education (and its agents or contractors) to contact you regarding your loans, including repayment of your loans, and/or your TEACH Grant(s) at the number that you provide or any future number that you provide for your mobile telephone or other wireless device using automated telephone dialing equipment or artificial or prerecorded voice or text messages. **Message and data rates may apply.** | Si elije recibir mensajes de texto, usted autoriza al Departamento de Educación de los EE. UU. (y a sus agentes o contratistas) a comunicarse con su persona en relación con sus préstamos, incluido su pago, y/o mis Becas TEACH al número que brindo o a cualquier otro número que brinde en el futuro, ya sea de su teléfono celular u otro dispositivo inalámbrico, mediante equipos de discado telefónico automático, mensajes de voz artificiales o pregrabados, o mensajes de texto. **Su proveedor de (servicios de) telefonía podrá aplicar cargos por la transmisión de datos y de mensajes de texto.** |
| ~~If you choose to receive notifications and messages from the U.S. Department of Education, your federal loan and/or TEACH Grant servicer(s) you may opt out by choosing "Unsubscribe" at the bottom of the e-mail, by texting "Stop" or by returning to this Web site~~<br><br>I understand there may be special e-mail notifications that the U.S. Department of Education will send me that override my notification and message option. | ~~Si elijo recibir notificaciones y mensajes de este sitio web y de la(s) entidad(es) administradora(s) de mis préstamos federales y/o Becas TEACH, podré seleccionar la opción "Cancelar suscripción" al final del mensaje que reciba o podré regresar a "Mis preferencias" en este sitio web y seleccionar "No deseo recibir notificaciones por correo electrónico acerca de los programas de estudio o los planes de pago que podría tener derecho a recibir del Departamento de Educación de los EE. UU. ni de la(s) entidad(es) administradora(s) de mis préstamos federales y/o Becas TEACH."~~<br><br>Comprendo que es posible que el Departamento de Educación de los EE. UU. envíe notificaciones especiales por correo electrónico que reemplacen la opción de notificaciones y mensajes que he seleccionado. |
| You can update your communication information at any time by logging into the StudentLoans.gov Web site and going to "Account Settings". | Puede actualizar su información para las comunicaciones en cualquier momento al iniciar sesión en el sitio web StudentLoans.gov e ir a "Configuración de cuenta". |
| Close | Cerrar |
| | |

|  |  |
|---|---|
|  |  |
| Save Account Settings | Guardar Configuración de cuenta |

## Error Messages

**Contact Preference**

**Direct Loan Correspondence**

Direct Loan Correspondence includes communication about legal aid documents, approaching deadlines, or any action that must be taken on StudentLoans.gov.

○ I want to receive correspondence via e-mail. ✖

○ I want to receive paper correspondence only. ✖ **A Correspondence preference is required.**

**Email Information**              More Information

E-mail Address *          [          ]   ✖ **Enter a valid e-mail address.**

Confirm E-mail Address * [          ]   ✖ **E-mail address and confirm e-mail address must match.**

| Phone Information | More Information | |
|---|---|---|
| Mobile Phone Number * | | ✖ You must provide a Mobile Phone Number. |

☐ I agree to the Communication Preferences Terms & Conditions   ✖ You must agree to the Terms & Conditions.

| Error Messages | |
|---|---|
| There are one or more errors on this page | Esta página tiene uno o más errores |
| A Correspondence preference is required | Debe seleccionar una opción de correspondencia |
| You must agree to the Terms & Conditions | Debe aceptar los términos y condiciones |
| | |
| | |
| | |
| E-mail address is required | Introduzca una dirección de correo electrónico |
| Enter a valid e-mail address | Introduzca una dirección de correo electrónico válida |
| E-mail address and confirm e-mail address must match | La dirección de correo electrónico y la confirmación de dicha dirección deben coincidir |
| Enter a valid Mobile Phone Number | Introduzca un número de teléfono móvil válida |
| You must provide a Mobile Phone Number if you have chosen to receive text messages | Debe proporcionar un número de teléfono móvil si ha elegido recibir mensajes de texto |