

| SSN | UserId | CreatedDateTime | ChangedDateTime | LastLoginDateTime | FirstName | LastName |
|---|---|---|---|---|---|---|
|  | Courtney | 09/26/2018 2:31:18 PM |  |  | Courtney | Francis |

| WF_ACC_ICT_WRU_ID | WF_BUS_EVT_DFN_ID | WF_CUS_ACC_ICT_SEQ | WF_CRT_DTS_AYA3 |
|---|---|---|---|
| ███████████ | ███████████ | ███████ | 2018-09-26-17.08.29.833000 |
| ███████████ | ███████████ | ███████ | ███████████████████ |
| ███████████ | ███████████ | ███████ | ███████████████████ |

| WF_CRT_USR_AYA3 | WX_WRU_ACL_LNG_NTN | WD_CRT_DTE_AYA3 | IP Address |
|---|---|---|---|
| Kellin█ | Web Account Created | 9/26/2018 | ████████ |
| ████ | ████████ | ████████ | ████████ |
| ████ | ████████ | ████████ | |