---------- Forwarded message ---------
From: <donotreply@edfinancial.com>
Date: Sat, Dec 3, 2016 at 4:57 PM
Subject: You Have a New Message to View from Edfinancial Services
To:

**Please log in to view your message.**



**LOG IN**

👤 Hi COURTNEY D FRANCIS,

# Important Message Regarding Your Account

You have received a new message regarding your Edfinancial Services student loans. Log in to your Edfinancial Services account to view this message, recent statements, or other account information.

It is important to check your inbox regularly because these messages may be alerting you of action needed for any recent requests, repayment plan

information, or other changes or updates to your account.

You can always access your messages and account details at [Edfinancial.com](Edfinancial.com).



**Just know that we're here for you when you need us.** If you have any questions, please contact us at [Edfinancial.com/Contact](Edfinancial.com/Contact) or call us at 1.855.337.6884.

Sincerely,

Edfinancial Services

**LOG IN TO YOUR ACCOUNT**

**Questions?** Call us at **1.855.337.6884**

This email was sent by: **Edfinancial Services**
P.O. Box 36008, Knoxville, TN 37930-6008

---------- Forwarded message ---------
From: <donotreply@edfinancial.com>
Date: Fri, Mar 3, 2017 at 5:24 PM
Subject: You Have a New Message to View from Edfinancial Services
To:

**Please log in to view your message.**



**LOG IN**

👤 Hi COURTNEY D FRANCIS,

# Important Message Regarding Your Account

You have received a new message regarding your Edfinancial Services student loans. Log in to your Edfinancial Services account to view this message, recent statements, or other account information.

It is important to check your inbox regularly because these messages may be alerting you of action needed for any recent requests, repayment plan

information, or other changes or updates to your account.

You can always access your messages and account details at [Edfinancial.com](Edfinancial.com).



**Just know that we're here for you when you need us.** If you have any questions, please contact us at [Edfinancial.com/Contact](Edfinancial.com/Contact) or call us at 1.855.337.6884.

Sincerely,

Edfinancial Services

**LOG IN TO YOUR ACCOUNT**

**Questions?** Call us at **1.855.337.6884**

This email was sent by: **Edfinancial Services**
P.O. Box 36008, Knoxville, TN 37930-6008



---------- Forwarded message ---------
From: <donotreply@edfinancial.com>
Date: Sat, Jun 3, 2017 at 4:35 PM
Subject: You Have a New Message to View from Edfinancial Services
To:

**Please log in to view your message.**



**LOG IN**

 **Hi COURTNEY D FRANCIS,**

# Important Message Regarding Your Account

You have received a new message regarding your Edfinancial Services student loans. Log in to your Edfinancial Services account to view this message, recent statements, or other account information.

It is important to check your inbox regularly because these messages may be alerting you of action needed for any recent requests, repayment plan

information, or other changes or updates to your account.

You can always access your messages and account details at [Edfinancial.com](Edfinancial.com).



**Just know that we're here for you when you need us.** If you have any questions, please contact us at [Edfinancial.com/Contact](Edfinancial.com/Contact) or call us at 1.855.337.6884.

Sincerely,

Edfinancial Services

**LOG IN TO YOUR ACCOUNT**

**Questions?** Call us at **1.855.337.6884**

This email was sent by: **Edfinancial Services**
P.O. Box 36008, Knoxville, TN 37930-6008



---------- Forwarded message ---------
From: <donotreply@edfinancial.com>
Date: Sun, Sep 3, 2017 at 4:18 PM
Subject: You Have a New Message to View from Edfinancial Services
To:

**Please log in to view your message.**



**LOG IN**

👤 **Hi COURTNEY D FRANCIS,**

# Important Message Regarding Your Account

You have received a new message regarding your Edfinancial Services student loans. Log in to your Edfinancial Services account to view this message, recent statements, or other account information.

It is important to check your inbox regularly because these messages may be alerting you of action needed for any recent requests, repayment plan

information, or other changes or updates to your account.

You can always access your messages and account details at [Edfinancial.com](Edfinancial.com).



**Just know that we're here for you when you need us.** If you have any questions, please contact us at [Edfinancial.com/Contact](Edfinancial.com/Contact) or call us at 1.855.337.6884.

Sincerely,

Edfinancial Services

LOG IN TO YOUR ACCOUNT

**Questions?** Call us at **1.855.337.6884**

This email was sent by: **Edfinancial Services**
P.O. Box 36008, Knoxville, TN 37930-6008

---------- Forwarded message ---------
From: <donotreply@edfinancial.com>
Date: Thu, Oct 5, 2017 at 4:44 PM
Subject: You Have a New Message to View from Edfinancial Services
To:

**Please log in to view your message.**



**LOG IN**

👤 Hi COURTNEY D FRANCIS,

# Important Message Regarding Your Account

You have received a new message regarding your Edfinancial Services student loans. Log in to your Edfinancial Services account to view this message, recent statements, or other account information.

It is important to check your inbox regularly because these messages may be alerting you of action needed for any recent requests, repayment plan

information, or other changes or updates to your account.

You can always access your messages and account details at [Edfinancial.com](Edfinancial.com).



**Just know that we're here for you when you need us.** If you have any questions, please contact us at [Edfinancial.com/Contact](Edfinancial.com/Contact) or call us at 1.855.337.6884.

Sincerely,

Edfinancial Services

**LOG IN TO YOUR ACCOUNT**

**Questions?** Call us at **1.855.337.6884**

This email was sent by: **Edfinancial Services**
P.O. Box 36008, Knoxville, TN 37930-6008

---------- Forwarded message ---------
From: <donotreply@edfinancial.com>
Date: Sun, Dec 3, 2017 at 4:12 PM
Subject: You Have a New Message to View from Edfinancial Services
To:

**Please log in to view your message.**



**LOG IN**

👤 **Hi COURTNEY D FRANCIS,**

# Important Message Regarding Your Account

You have received a new message regarding your Edfinancial Services student loans. Log in to your Edfinancial Services account to view this message, recent statements, or other account information.

It is important to check your inbox regularly because these messages may be alerting you of action needed for any recent requests, repayment plan

information, or other changes or updates to your account.

You can always access your messages and account details at [Edfinancial.com](Edfinancial.com).



**Just know that we're here for you when you need us.** If you have any questions, please contact us at [Edfinancial.com/Contact](Edfinancial.com/Contact) or call us at 1.855.337.6884.

Sincerely,

Edfinancial Services

**LOG IN TO YOUR ACCOUNT**

**Questions?** Call us at **1.855.337.6884**

This email was sent by: **Edfinancial Services**
P.O. Box 36008, Knoxville, TN 37930-6008

QUER000031

---------- Forwarded message ---------
From: <donotreply@edfinancial.com>
Date: Fri, Dec 22, 2017 at 4:22 PM
Subject: You Have a New Message to View from Edfinancial Services
To:

**Please log in to view your message.**



**LOG IN**

**Hi COURTNEY D FRANCIS,**

# Important Message Regarding Your Account

You have received a new message regarding your Edfinancial Services student loans. Log in to your Edfinancial Services account to view this message, recent statements, or other account information.

It is important to check your inbox regularly because these messages may be alerting you of action needed for any recent requests, repayment plan

information, or other changes or updates to your account.

You can always access your messages and account details at [Edfinancial.com](Edfinancial.com).



**Just know that we're here for you when you need us.** If you have any questions, please contact us at [Edfinancial.com/Contact](Edfinancial.com/Contact) or call us at 1.855.337.6884.

Sincerely,

Edfinancial Services

**LOG IN TO YOUR ACCOUNT**

**Questions?** Call us at **1.855.337.6884**

This email was sent by: **Edfinancial Services**
P.O. Box 36008, Knoxville, TN 37930-6008

QUER000033

---------- Forwarded message ---------
From: <donotreply@edfinancial.com>
Date: Fri, Apr 6, 2018 at 5:10 PM
Subject: You Have a New Message to View from Edfinancial Services
To:

**Please log in to view your message.**



**LOG IN**

👤 **Hi COURTNEY D FRANCIS,**

# Important Message Regarding Your Account

You have received a new message regarding your Edfinancial Services student loans. Log in to your Edfinancial Services account to view this message, recent statements, or other account information.

It is important to check your inbox regularly because these messages may be alerting you of action needed for any recent requests, repayment plan

information, or other changes or updates to your account.

You can always access your messages and account details at [Edfinancial.com](Edfinancial.com).



**Just know that we're here for you when you need us.** If you have any questions, please contact us at [Edfinancial.com/Contact](Edfinancial.com/Contact) or call us at 1.855.337.6884.

Sincerely,

Edfinancial Services

**LOG IN TO YOUR ACCOUNT**

**Questions?** Call us at **1.855.337.6884**

This email was sent by: **Edfinancial Services**
P.O. Box 36008, Knoxville, TN 37930-6008

---------- Forwarded message ---------
From: <donotreply@edfinancial.com>
Date: Fri, Jul 6, 2018 at 4:24 PM
Subject: You Have a New Message to View from Edfinancial Services
To:

**Please log in to view your message.**



**LOG IN**

👤 Hi COURTNEY D FRANCIS,

# Important Message Regarding Your Account

You have received a new message regarding your Edfinancial Services student loans. Log in to your Edfinancial Services account to view this message, recent statements, or other account information.

It is important to check your inbox regularly because these messages may be alerting you of action needed for any recent requests, repayment plan

information, or other changes or updates to your account.

You can always access your messages and account details at [Edfinancial.com](Edfinancial.com).



**Just know that we're here for you when you need us.** If you have any questions, please contact us at [Edfinancial.com/Contact](Edfinancial.com/Contact) or call us at 1.855.337.6884.

Sincerely,

Edfinancial Services

**LOG IN TO YOUR ACCOUNT**

**Questions?** Call us at **1.855.337.6884**

This email was sent by: **Edfinancial Services**
P.O. Box 36008, Knoxville, TN 37930-6008

QUER000044

---------- Forwarded message ---------
From: <donotreply@edfinancial.com>
Date: Sat, Oct 6, 2018 at 4:31 PM
Subject: You Have a New Message to View from Edfinancial Services
To:

**Please log in to view your message.**



**LOG IN**

👤 Hi COURTNEY D FRANCIS,

# Important Message Regarding Your Account

You have received a new message regarding your Edfinancial Services student loans. Log in to your Edfinancial Services account to view this message, recent statements, or other account information.

It is important to check your inbox regularly because these messages may be alerting you of action needed for any recent requests, repayment plan

information, or other changes or updates to your account.

You can always access your messages and account details at [Edfinancial.com](Edfinancial.com).



**Just know that we're here for you when you need us.** If you have any questions, please contact us at [Edfinancial.com/Contact](Edfinancial.com/Contact) or call us at 1.855.337.6884.

Sincerely,

Edfinancial Services

**LOG IN TO YOUR ACCOUNT**

**Questions?** Call us at **1.855.337.6884**

This email was sent by: **Edfinancial Services**
P.O. Box 36008, Knoxville, TN 37930-6008