

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

86 Chambers Street
New York, New York 10007

June 4, 2019

**VIA ECF**
Honorable George B. Daniels
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

Re: *Christopher Quero et al. v. Elisabeth DeVos*, 18 Civ. 9509 (GBD)

Dear Judge Daniels:

I write on behalf of Elisabeth DeVos, Secretary of the United States Department of Education, the defendant in the above-referenced case. Defendant previously moved to dismiss Plaintiffs' complaint, and the Court denied Defendant's motion at the oral argument held on May 23, 2019. Accordingly, Defendant's answer to the complaint is due on June 6, 2019. Defendant is working to gather the information needed to answer the complaint, but requires additional time to do so. Accordingly, Defendant respectfully requests an extension of two weeks, to June 20, 2019, to answer the complaint. Before filing her motion to dismiss, Defendant requested one extension of the deadline to respond to the complaint, which request was granted. Plaintiffs consent to this request.

We thank the Court for its consideration of this request.

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney
Southern District of New York
*Counsel for Defendant*

**SO ORDERED:**

*/s/ George B. Daniels*
George B. Daniels, U.S.D.J.

Dated: JUN 1 0 2019

By: /s/ Rachael L. Doud
RACHAEL L. DOUD
Assistant United States Attorney
86 Chambers Street, Third Floor
New York, New York 10007
Tel.: (212) 637-3274
Fax: (212) 637-2686
rachael.doud@usdoj.gov