UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x
CHRISTOPHER QUERO, COURTNEY FRANCIS, and :
KELLIN RODRIGUEZ, individually and on behalf of all :
persons similarly situated, :
  :
                             Plaintiffs, :
  :
        -against- :
  :
ELISABETH DEVOS, in her official capacity as :
Secretary of the United States Department of Education, :
  :
                             Defendant. :
------------------------------------- x

ORDER

18 Civ. 9509 (GBD)



GEORGE B. DANIELS, United States District Judge:

For the reasons stated on the record at the May 23, 2019 oral argument, Defendant's Motion to Dismiss the Complaint, (ECF No. 20), is DENIED.

Dated: July 31, 2019
       New York, New York

SO ORDERED.

GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE