

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

August 5, 2019

**<u>VIA ECF</u>**

Honorable George B. Daniels
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

      Re: *Christopher Quero et al. v. Elisabeth DeVos*, 18 Civ. 9509 (GBD)

Dear Judge Daniels:

      I write on behalf of the parties in the above-referenced case to request an adjournment of the conference currently scheduled for August 8, 2019, at 9:45 a.m.  The parties are in the process of negotiating a settlement that, if agreed upon, would resolve the plaintiffs' claims in this lawsuit.  However, the parties need additional time to endeavor to finalize that settlement.  The parties hope to be in a position to submit a settlement agreement to the Court for its approval by August 30, 2019.  Accordingly, the parties request that the conference be adjourned *sine dine*, or to a date in September.  This is the parties' first request for an adjournment of this conference.

      We thank the Court for its consideration of this request.

      Respectfully submitted,

      GEOFFREY S. BERMAN
      United States Attorney
      Southern District of New York
      *Counsel for Defendant*

By:   /s/ *Rachael L. Doud*
      RACHAEL L. DOUD
      Assistant United States Attorney
      86 Chambers Street, Third Floor
      New York, New York 10007
      Tel.: (212) 637-3274
      Fax: (212) 637-2686
      rachael.doud@usdoj.gov