UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHRISTOPHER QUERO, individually
and on behalf of all persons similarly
situated; COURTNEY FRANCIS, individually and
on behalf of all persons similarly situated;
KELLIN RODRIGUEZ, individually and on behalf
of all persons similarly situated,

                              Plaintiff,

        -v-

ELIZABETH DEVOS, in her official capacity as
Secretary of the United States Department of
Education,

                              Defendant.

CIVIL ACTION NO.: 18 Civ. 9509 (GBD) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Plaintiffs' Motion for Attorneys' Fees (ECF No. 46) names as a Defendant in this action

Elizabeth DeVos, an individual who, following the recent Inauguration of President Joseph R.

Biden, Jr., of which the Court takes judicial notice, is no longer be serving in the official capacity

for which she is being sued.  The Court therefore ORDERS that by **Monday, February 1, 2021,** (or

by the midnight today, if practicable) Defendant's counsel shall file a letter notifying the Court of

the name of the current officeholder now occupying the position for which DeVos was named in

the Complaint.

Following Defendant's submission, the Court will direct the Clerk of Court to update the

case caption with the names of the new officeholder.

Dated:        New York, New York
              January 29, 2021

SO ORDERED

SARAH L. CAVE
**United States Magistrate Judge**