

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

86 Chambers Street, 3rd Floor
New York, New York 10007

February 1, 2021

**By ECF**
Honorable Sarah L. Cave
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   *Quero et al v. Rosenfelt*,[1] No. 18 Civ. 9509 (SLC)

Dear Judge Cave:

This Office represents defendant in the above-referenced action.  I write in response to the Court's January 29, 2021 Order, Dkt. No. 59, and to advise the Court that the Acting Secretary of the U.S. Department of Education is Phil Rosenfelt.

I thank the Court for its consideration of this matter.

                Respectfully,

                AUDREY STRAUSS
                United States Attorney for the
                Southern District of New York

By:   _____
                Jennifer C. Simon
                Assistant United States Attorney
                86 Chambers Street, Third Floor
                New York, New York 10007
                Tel.: (212) 637-2746
                Email: Jennifer.Simon@usdoj.gov

---

[1] Phil Rosenfelt became the Acting Secretary of the U.S. Department of Education on January 20, 2021, and was automatically substituted for former Secretary Betsy DeVos, pursuant to Federal Rule of Civil Procedure 25(d).