UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------ x

CHRISTOPHER QUERO, COURTNEY FRANCIS, and :
KELLIN RODRIGUEZ, individually and on behalf of all :
persons similarly situated,

                        Plaintiffs,

        -against-

PHIL ROSENFELT, in his official capacity as Acting
Secretary of the United States Department of Education,

                        Defendant.

------------------------------------ x

ORDER

18 Civ. 9509 (GBD)(SLC)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: FEB 17 2021

GEORGE B. DANIELS, United States District Judge:

The deadline for Defendant's response to Plaintiffs' Objections to the Report &

Recommendation, (ECF No. 63), is extended to March 12, 2021.

Dated: New York, New York
      February 17, 2021

SO ORDERED.

George B. Daniels
GEORGE B. DANIELS
United States District Judge